# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| VERIZON COMMUNICATIONS INC.,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>*Respondents*. | No. 24-_____ |

**PETITION FOR REVIEW**

Pursuant to 5 U.S.C. §§ 702-704, 706, 47 U.S.C. § 402(a), 28 U.S.C. §§ 2342(1) and 2344, and Rule 15(a) of the Federal Rules of Appellate Procedure, Verizon Communications Inc. ("Verizon") hereby petitions this Court for review of an order of the Federal Communications Commission ("Commission") released on April 29, 2024. *See* Forfeiture Order, *Verizon Communications*, File No. EB-TCD-18-00027698, FCC 24-41 (rel. Apr. 29, 2024) ("*Order*"). A copy of the *Order* is attached as Exhibit A to this petition.

The *Order* imposed a forfeiture on Verizon in the amount of $46,901,250, which Verizon paid under protest on May 22, 2024. This Court therefore has jurisdiction pursuant to 47 U.S.C. § 402(a) and 28 U.S.C. § 2342(1). This petition is timely filed within 60 days of the entry of the *Order* on April 29, 2024. *See* 28

U.S.C. § 2344. Verizon has its principal office in this judicial circuit. Venue is therefore proper in this Court under 28 U.S.C. § 2343.

Verizon seeks relief on the grounds that the *Order* is arbitrary, capricious, and an abuse of discretion within the meaning of the Administrative Procedure Act and is otherwise contrary to law and unsupported by substantial evidence.

This Court should grant the petition; hold unlawful, vacate, enjoin, and set aside the *Order*; and grant such additional relief as may be necessary and appropriate.

                                            Respectfully submitted,

                                            /s/ *Scott H. Angstreich*
                                            Scott H. Angstreich
                                            Aaseesh P. Polavarapu
                                            KELLOGG, HANSEN, TODD,
                                              FIGEL & FREDERICK, P.L.L.C.
                                            1615 M Street, N.W., Suite 400
                                            Washington, D.C. 20036
                                            (202) 326-7900
                                            sangstreich@kellogghansen.com
                                            apolavarapu@kellogghansen.com

                                            *Counsel for Verizon Communications Inc.*

June 25, 2024

2

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| VERIZON COMMUNICATIONS INC.,<br><br>*Petitioner*,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION and UNITED STATES OF AMERICA,<br><br>*Respondents*. | No. 24-_____ |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, petitioner Verizon Communications Inc. submits the following corporate disclosure statement:

Verizon Communications Inc. is a publicly traded company. Verizon Communications Inc. has no parent company. No publicly held company owns 10 percent or more of Verizon Communications Inc.'s stock.

Respectfully submitted,

/s/ *Scott H. Angstreich*
Scott H. Angstreich
Aaseesh P. Polavarapu
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
sangstreich@kellogghansen.com
apolavarapu@kellogghansen.com

*Counsel for Verizon Communications Inc.*

June 25, 2024

2

# CERTIFICATE OF SERVICE

I hereby certify that, on June 25, 2024, I caused to be filed electronically the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit using the appellate CM/ECF system. I further certify that, on this day, a copy of the foregoing was served on the individuals listed below by United States first-class mail:

Merrick B. Garland
Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

P. Michele Ellison
General Counsel
Federal Communications Commission
Office of the General Counsel
45 L Street, N.E.
Washington, D.C. 20554

/s/ *Scott H. Angstreich*
Scott H. Angstreich

*Counsel for Verizon Communications Inc.*