KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

Catherine O Hagan Wolfe
November 6, 2024
Page 2

Respectfully,

/s/ Scott H. Angstreich
  Scott H. Angstreich
  Aaseesh P. Polavarapu
  KELLOGG, HANSEN, TODD,
    FIGEL & FREDERICK, P.L.L.C.
  1615 M Street, N.W., Suite 400
  Washington, D.C. 20036
  (202) 326-7900
  sangstreich@kellogghansen.com
  apolavarapu@kellogghansen.com

  Counsel for Petitioner Verizon
  Communications Inc.