# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Verizon Communications Inc. v. United States Federal Communications Commission  Docket No.: 24-1733

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Alan Butler

Firm: Electronic Privacy Information Center

Address: 1519 New Hampshire Ave NW, Washington, DC 20036

Telephone: (202) 483-1140   Fax:

E-mail: butler@epic.org

Appearance for: Electronic Privacy Information Center, Center for Democracy & Technology, Electronic Frontier Foundation, Privacy Rights Clearinghouse, Public Knowledge
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: Federal Communications Commission/Respondent )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Alan Butler

Type or Print Name: Alan Butler