UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-1733

**Motion for:** Leave to Redact Reply Brief (Unopposed)

**Caption [use short title]**

Verizon Communications Inc. v.

United States Federal Communications

Commission

Set forth below precise, complete statement of relief sought:

Petitioner requests leave to redact its reply brief, to the extent it refers to material that was already sealed in this Court.

**MOVING PARTY:** Verizon Communications Inc.
**OPPOSING PARTY:** Federal Communications Commission, United States of America

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Scott H. Angstreich
**OPPOSING ATTORNEY:** Jacob M. Lewis

[name of attorney, with firm, address, phone number and e-mail]

Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M St., NW, Suite 400, Washington, D.C. 20036
(202) 326-7959; sangstreich@kellogghansen.com

Federal Communications Commission
45 L St., NE, Washington, D.C. 20554
(202) 418-1767; jacob.lewis@fcc.gov [see Attachment A]

**Court- Judge/ Agency appealed from:** Federal Communications Commission

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☒ No  ☐ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date:

**Signature of Moving Attorney:**
Scott Angstreich  *Digitally signed by Scott Angstreich Date: 2025.02.06 16:59:05 -05'00'*  **Date:** 02/07/2025  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

# **ATTACHMENT A**

*Opposing Counsel*:

Adam Candeub
Jacob M. Lewis
Adam Sorensen
Office of General Counsel
FEDERAL COMMUNICATIONS
　COMMISSION
45 L Street, N.E.
Washington, D.C. 20554
(202) 418-1767
Jacob.Lewis@fcc.gov
*Counsel for Respondent Federal Communications Commission*

Robert J. Wiggers
Antitrust Division, Appellate Section
UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Room 3224
Washington, D.C. 20530
(202) 446-6454
robert.wiggers@usdoj.gov
*Counsel for Respondent United States*

# 24-1733

## IN THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

VERIZON COMMUNICATIONS INC.,

*Petitioner*,

v.

UNITED STATES FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES OF AMERICA,

*Respondents*.

On Petition for Review of an Order of the Federal Communications Commission

**MEMORANDUM IN SUPPORT OF PETITIONER VERIZON COMMUNICATIONS INC.'S UNOPPOSED MOTION FOR LEAVE TO REDACT ITS REPLY BRIEF**

Scott H. Angstreich
Aaseesh P. Polavarapu
Daren G. Zhang
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
sangstreich@kellogghansen.com
apolavarapu@kellogghansen.com
dzhang@kellogghansen.com

*Counsel for Petitioner Verizon Communications Inc.*

February 7, 2025

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rules 25.1 and 27.1, petitioner Verizon Communications Inc. ("Verizon") respectfully requests leave to file its reply brief under seal and a redacted version of the brief on the public docket. Verizon's reply brief is due on February 7, 2025. Respondents do not oppose this request.

Verizon requests leave to redact portions of its reply brief, only to the extent it refers to material that was already sealed in this Court. *See* Order (Nov. 6, 2024), Dkt. No. 39; Letter to Court Regarding Sealing of Volume 2 of Jt. App'x (Nov. 6, 2024), Dkt. No. 50. That material includes information that the FCC shared with Verizon from a United States Department of Justice criminal case and competitively sensitive information about Verizon's wireless communications business that received Confidential Treatment in the FCC proceeding below. *See* 47 C.F.R. §§ 0.457, 0.459. Verizon's request is limited to portions of its reply brief that will refer to these materials that are already under seal in this Court.

## CONCLUSION

The Court should grant Verizon leave to redact its reply brief, to the extent it refers to material that was already sealed in this Court.

Respectfully submitted,

/s/ *Scott H. Angstreich*
Scott H. Angstreich
Aaseesh P. Polavarapu
Daren G. Zhang
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
sangstreich@kellogghansen.com
apolavarapu@kellogghansen.com
dzhang@kellogghansen.com

*Counsel for Petitioner Verizon Communications Inc.*

February 7, 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation pursuant to Federal Rule of Appellate Procedure 27(d)(2) because, excluding the portions of the brief exempted by Federal Rule of Appellate Procedure 32(f), the motion contains 198 words.

I further certify that this motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (a)(6) and Local Rule 32.1 because it has been prepared using Microsoft Word in a proportionally spaced typeface (Times New Roman, 14 point).

/s/ *Scott H. Angstreich*
Scott H. Angstreich

*Counsel for Petitioner Verizon Communications Inc.*

February 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that, on February 7, 2025, an electronic copy of this motion was filed with the Clerk of the Court using the ACMS system and thereby served upon all counsel appearing in this case.

/s/ *Scott H. Angstreich*
Scott H. Angstreich

*Counsel for Petitioner Verizon Communications Inc.*