F.C.C.
24-41

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of May, two thousand twenty-five.

Present:
> Gerard E. Lynch,
> Eunice C. Lee,
> Alison J. Nathan,
> > *Circuit Judges*.

---

Verizon Communications, Inc.,

> *Petitioner*,

v. 24-1733

United States Federal Communications Commission,
United States of America,

> *Respondents*.

---

After finding the Petitioner liable for violations of Section 222 of the Communications Act and its implementing regulations, the Federal Communications Commission imposed a 50% upward adjustment on top of the base forfeiture amount assessed for those violations. In imposing that upward adjustment, the Commission considered, among other factors, the egregiousness of Verizon's conduct. During oral argument this issue was discussed, but the panel believes that the case would benefit from additional briefing. Accordingly, it is hereby **ORDERED** that, by no later than Wednesday, May 28, 2025, each party shall submit to this Court a letter brief, not to exceed five pages single-spaced, addressing whether imposing the upward adjustment to the forfeiture amount was appropriate.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court