**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of September, two thousand twenty-five.

Before:  Gerard E. Lynch,
 Eunice C. Lee,
 Alison J. Nathan,
  *Circuit Judges*.

_____

Verizon Communications Inc.,          **JUDGMENT**

    Petitioner,                 Docket No. 24-1733

v.

Federal Communications Commission, United States of America,

    Respondents.

_____

The petition for review in the above-captioned case from a forfeiture order of the Federal Communications Commission was argued on the agency's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the petition for review is DENIED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 11/03/2025**