# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 12, 2025

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  Verizon Communications Inc.
          v. Federal Communications Commission, et al.
          No. 25-567
          (Your No. 24-1733)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on November 6, 2025 and placed on the docket November 12, 2025 as No. 25-567.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst